# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

### NO.  03-22-00792-CV

**Christopher Rogers, Appellant**

**v.**

**Amy Rogers, Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the order signed by the trial court on September 14, 2022.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  No costs of appeal shall be assessed in this Court or in the court below.